Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail cyrus.safa@rohlfinglaw.com

Gerald M. Welt
Attorney at Law:  1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax:  (702) 684-5157
E-mail:  gmwesq@weltlaw.com; kwp@weltlaw.com
Attorneys for Plaintiff
CHRISTINE FLETCHER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE FLETCHER<br><br>        Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>        Defendant. | Case No.: 2:17-cv-02628-APG-VCF<br><br>STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND<br><br>(FIRST REQUEST) |

Plaintiff Christine Fletcher and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from February 16, 2018 to March 2, 2018 for Plaintiff to file a motion for reversal and/or remand,

-1-

with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: February 16, 2018                    Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Christine Fletcher

DATE:  February 16, 2018

DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel

/s/ *Michael K. Marriott*

BY:_____
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED: 2-20-2018

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:17-CV-02628-APG-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 16, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff