Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, Nv 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-Mail: Gmwesq@Weltlaw.Com; Kwp@Weltlaw.Com
Attorneys for Plaintiff
CHRISTINE FLETCHER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE FLETCHER | Case No.: 2:17-cv-02628-APG-VCF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, DEPUTY COMMISSIONER FOR OPERATIONS, PERFORMING THE DUTIES AND FUNCTIONS NOT RESERVED TO THE COMMISSIONER OF SOCIAL SECURITY, | (SECOND REQUEST) |
| Defendant. | |

Plaintiff Christine Fletcher and Defendant Nancy A. Berryhill, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 45 days from March 2, 2018 to April 16, 2018 for Plaintiff to file a Motion for Reversal and/or

-1-

Remand, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's second request for an extension.

Counsel requests the extension due to an internal oversite in the recalendaring of this issue after the first extension. Counsel is in the process of reassigning cases internally and has temporarily halted the intake of new cases in order to avoid further delays in pending matters. Counsel sincerely apologizes to the Court, its staff, and all parties involved for any inconvenience this request may have had.

DATE: April 2, 2018          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Christine Fletcher

DATE: April 2, 2018          DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration


/s/ *Michael K. Marriott*

BY: _____
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|


DATED: 4-9-2018

IT IS SO ORDERED: _____

UNITED STATES MAGISTRATE JUDGE

1

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:17-CV-02628-APG-VCF

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 6, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____

Cyrus Safa
Attorneys for Plaintiff