# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE FLETCHER,<br><br>   Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>   Defendant | Case No.: 2:17-cv-02628-APG-VCF<br><br>**Order Accepting Report and Recommendation, Granting Motion to Affirm, and Denying Motion for Summary Judgment**<br><br>[ECF Nos. 20, 23, 25] |

On October 3, 2018, Magistrate Judge Ferenbach entered a report and recommendation that I deny plaintiff Christine Fletcher's motion for summary judgment and grant defendant Nancy Berryhill's motion to affirm. ECF No. 25. Fletcher did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's report and recommendation **(ECF No. 25) is accepted**, defendant Nancy Berryhill's motion to affirm **(ECF No. 23) is GRANTED**, and plaintiff Christine Fletcher's motion for summary judgment **(ECF No. 20) is DENIED**. The clerk of court is instructed to enter judgment in favor of the defendant and against the plaintiff.

DATED this 7th day of November, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE